# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF MISSISSIPPI
# GREENVILLE DIVISION

**DIETRICH TRIMM**                                                                                         **PLAINTIFF**

**V.**                                     **NO. 4:18-CV-46-DMB-JMV**

**M&W TRANSPORTATION CO., INC.,**
et al.                                                                           **DEFENDANTS**

*consolidated with*

**MCKINLEY LANGSTON, JR.**                                                  **PLAINTIFF**

**V.**                                     **NO. 4:18-CV-45-DMB-JMV**

**M&W TRANSPORTATION CO., INC.,**
et al.                                                               **DEFENDANTS**

## ORDER CLOSING CASES

On November 14, 2019, a "Rule 41(a)(1)(A)(ii) Stipulation of Dismissal with Prejudice" was filed in the *Trimm* case, which is signed on behalf of all parties who have appeared and states that the "case has been compromised and settled among the parties and that the case … is hereby, dismissed with prejudice, with each party bearing its own fees and costs." *See* No. 4:18-cv-46, at Doc. #54. Also on November 14, a "Rule 41(a)(1)(A)(ii) Stipulation of Dismissal with Prejudice" was filed in the *Langston* case, which is signed on behalf of all parties who have appeared and states that the "case has been compromised and settled among the parties and that the case … is hereby, dismissed with prejudice, with each party bearing its own fees and costs." *See* No. 4:18-cv-45, at Doc. #43.

Accordingly, both the *Trimm* case and the *Langston* case are **CLOSED**.[1]

---

[1] A motion to approve settlement was filed and granted only in the *Trimm* case. *See* No. 4:18-cv-46, at Docs. #52 (motion requesting approval), #53 (order approving settlement). Regardless, both cases may be closed on the Court's active docket based on the representations that settlements were reached.

**SO ORDERED**, this 21st day of November, 2019.

>  /s/Debra M. Brown
>  **UNITED STATES DISTRICT JUDGE**